# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TADARYL WILLIAMS, | ) | 3:08-CV-0368-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 16, 2009 |
| | ) | |
| COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff has filed a Motion to Order Defendants to Comply with Court Order (Doc. #24) and Defendants have opposed the Motion (Doc. #25).

   **IT IS HEREBY ORDERED** that Plaintiff's Motion to Order Defendants to Comply with Court Order (Doc. #24) is **DENIED**.  Although the case was stayed pending the Inmate Early Mediation Conference held June 2, 2009, no harm was done with the filing of the Answer in this case.

   **IT IS FURTHER ORDERED** that the Scheduling Order issued on April 22, 2009 (Doc. #18) is **WITHDRAWN** and a new Scheduling Order will be issued forthwith.

                              LANCE S. WILSON, CLERK

                              By:         /s/
                                        Deputy Clerk