# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TADARYL WILLIAMS, | ) | 3:08-CV-0368-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 14, 2009 |
| | ) | |
| COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for Stay of Deadline to File Motion for Summary Judgment (Doc. #38).  Good cause appearing,

Defendants' Motion for Stay of Deadline to File Motion for Summary Judgment (Doc. #38) is **GRANTED**.  The deadline for filing dispositive motions is **STAYED** pending the hearing scheduled on Tuesday, October 20, 2009.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Deputy Clerk